IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

1:26CR24 AW/ML

**RAMONE RON YOUNG JR.**

______________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about May 28, 2026, in the Northern District of Florida, the defendant,

**RAMONE RON YOUNG JR.**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about November 9, 2010, **RAMONE RON YOUNG JR.** was convicted in the State of Florida of Robbery with a Weapon; and

   b. On or about February 20, 2012, **RAMONE RON YOUNG JR.** was convicted in the State of Florida of Possession of a Cocaine.

2. For each of these crimes, **RAMONE RON YOUNG JR.** was subject to punishment by a term of imprisonment exceeding one year.

FILED USDC FLND GV
JUN 23 '26 PM12:01

3. Thereafter, **RAMONE RON YOUNG JR.** did knowingly possess a firearm and ammunition, to wit, a FMK .40 caliber pistol and .40 caliber ammunition.

4. This firearm and ammunition had previously been transported in interstate commerce and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**CRIMINAL FORFEITURE**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**RAMONE RON YOUNG JR.**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in

this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

[redacted]

6/23/2026
DATE

JOHN P. HEEKIN
United States Attorney

TYLER A. FLEMING
Assistant United States Attorney